**FELONY SYNOPSIS**

| Name: | Elliot Cordero Phylow |
|---|---|
| Address:<br>(City & State Only) | Bellville, TX |
| Year of Birth and Age: | 1992, 31 |
| Violations: | COUNT ONE: Conspiracy to Transport Illegal Aliens, 8 U.S.C. §1342(a)(1)(A)(v)(I) & (B)(i)<br><br>COUNT TWO: Transportation of Illegal Aliens, 8 U.S.C. § 1324(a)(1)(A)(ii) and (B)(ii) |
| Penalties: | COUNT ONE: Fine of $250,000 pursuant to 18 U.S.C. § 3571(b)(3); imprisonment of not more than 10 years pursuant to 8 U.S.C. § 1324(a)(1)(B)(i), or both<br><br>COUNT TWO: Fine of $250,000 pursuant to 18 U.S.C. § 3571(b)(3); imprisonment of not more than 10 years pursuant to 8 U.S.C. § 1324(a)(1)(B)(i), or both. |
| Supervised Release: | COUNT ONE: Not more than three years. 18 US.C. § 3583(b)(2)<br><br>COUNT TWO: Not more than three years. 18 US.C. § 3583(b)(2) |
| Maximum Term of Imprisonment for Violation of Supervised Release: | COUNT ONE: Not more than two years. 18 U.S.C. § 3583(e)(3)<br><br>COUNT TWO: Not more than two years. 18 U.S.C. § 3583(e)(3) |
| Maximum Add'l Term of Supervised Release for Violation of Supervised Release: | COUNT ONE: Three years less any term imposed.<br><br>COUNT TWO: Three years less any term imposed. |
| Defendant's Attorney: | George Hess |
| Primary Investigative Agency and Case Agent Name: | Border Patrol, Martin Salisbury |
| Detention Status: | Motion for Detention |

| **Foreign National:** | Unknown |
|---|---|
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | |
| **AUSA:** | Sean Green |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | No |
| **Assessments:** | $100 per count. |

**Related Case Sheet (Not For Publication)**

| Name of Case: | US v. *** |
|---|---|
| Is this defendant a current or former member of any bar?  Y/N | Yes/No |
| Caption of any related case(s): | US v. *** No. 2:**-cr-***-*** |
| Caption of any related search warrant(s): | IN RE: SEARCH OF INFORMATION ASSOCIATED WITH **@YAHOO.CO, Mag. No. 2:**-mj-00***-*** |