# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Magistrate No. 2:23-MJ-00229-KFW |
| | ) |
| ELLIOT CORDERO PHYLOW | ) |

## **MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

    ___ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    ___ Crime of violence

    ___ Maximum sentence life imprisonment or death

    ___ 10+ year drug offense

    ___ Felony, with two prior convictions in above categories

    ___ Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

    _x_ Serious risk defendant will flee

    ___ Serious risk obstruction of justice

2. Reasons for Detention:

    i. Temporary Detention.

    _____

    _____

       (Specify conditions requiring a temporary detention order (18 U.S.C. § 3142(d)) and how long a temporary detention period (not to exceed 10 days) the United States seeks)

    ii. Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure (check one or both):

      __x_ Defendant's appearance is required

      __x_ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because (check one or both if applicable)

_x_ Probable cause to believe the defendant committed an offense specified in 18 U.S.C. §3142(e) involving: drugs, firearms, terrorism, a minor victim, or conduct outside of the United States.

___ Previous conviction for "eligible" offense committed while on pretrial bond

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of up to _3_ days.

5. Length of Detention Hearing. The United States will require __1_ hour to present its case for detention.

Date:  8/8/23

                                        DARCIE N. MCELWEE
                                        UNITED STATES ATTORNEY

                                        /s/ Sean M. Green
                                        Sean M. Green
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        100 Middle Street
                                        Portland, ME 04101
                                        (207) 780-3257
                                        Sean.Green2@usdoj.gov